IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
APR 2 0 2017
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| SETH KONECKY and JENNIFER KONECKY, husband and wife, FLATHEAD VALLEY DIST., INC., a Montana Corporation, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE FIRE & CAS. INS. CO., ALLSTATE INDEM. CO., ALLSTATE PROP. & CAS. INS. CO., ALLSTATE INS. CO., ENCOMPASS INDEM. CO., HAILEY TOLSON and NATHAN TOLSON, <br><br> Defendants. | CV 17–10–M–DWM <br><br> ORDER |

The parties jointly seek a stay in this matter pending settlement discussion. (Doc. 14.) The parties indicate such discussion should expeditiously reveal whether settlement is likely.

IT IS ORDERED that the motion is GRANTED. This matter is stayed for 90 days from the date of this Order. IT IS FURTHER ORDERED that by that date, or sooner if settlement is reached, the parties shall file a status report

-1-

containing the outcome of their discussions.

IT IS FURTHER ORDERED that the Motion to Dismiss (Doc. 9) is DENIED WITHOUT PREJUDICE and SUBJECT TO RENEWAL in the event settlement is not reached.

DATED this 20th day of April, 2017.

Donald W. Molloy, District Judge
United States District Court