IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| SETH KONECKY and JENNIFER KONECKY, husband and wife, FLATHEAD VALLEY DIST., INC., a Montana Corporation, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE & CAS. INS. CO., ALLSTATE INDEM. CO., ALLSTATE PROP. & CAS. INS. CO., ALLSTATE INS. CO., ENCOMPASS INDEM. CO., HAILEY TOLSON, and NATHAN TOLSON,<br><br>Defendants. | CV 17–10–M–DWM<br><br>ORDER |

Plaintiffs seek the dismissal with prejudice of Defendants Hailey Tolson and Nathan Tolson from this matter. (Doc. 17.) The motion is unopposed, and Hailey and Nathan Tolson have not appeared in this action.

IT IS ORDERED that the motion is GRANTED. Plaintiffs' claims against Defendants Hailey Tolson and Nathan Tolson are DISMISSED WITH PREJUDICE. The remainder of Plaintiffs' claims against all other Defendants

shall continue.

IT IS FURTHER ORDERED that the caption be amended to reflect the dismissal of Hailey Tolson and Nathan Tolson.

DATED this 5th day of June, 2017.

Donald W. Molloy, District Judge
United States District Court