IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| SETH KONECKY and JENNIFER KONECKY, husband and wife, FLATHEAD VALLEY DIST., INC., a Montana Corporation, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE & CAS. INS. CO., ALLSTATE INDEM. CO., ALLSTATE PROPR. & CAS. INS. CO., ALLSTATE INS. CO., ENCOMPASS INDEM. CO.,<br><br>Defendants. | CV 17–10–M–DWM<br><br>ORDER |

The parties have filed a status report indicating they have not reached an agreement to settle and instead intend to proceed with litigation. (Doc. 19.) The parties jointly request that the stay currently in place be lifted and a briefing schedule for Defendants' Motion to Dismiss be entered. Accordingly,

IT IS ORDERED that the stay is LIFTED. IT IS FURTHER ORDERED that the parties shall follow the briefing schedule stipulated to in their status

report. (*Id.*)

DATED this 24th day of July, 2017.

_____
Donald W. Molloy, District Judge
United States District Court