FILED

SEP 20 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SETH KONECKY and JENNIFER KONECKY, husband and wife, FLATHEAD VALLEY DIST., INC., a Montana Corporation, individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE & CAS. INS. CO., ALLSTATE INDEM. CO., ALLSTATE PROP. & CAS. INS. CO., ALLSTATE INS. CO., ENCOMPASS INDEM. CO.,<br><br>Defendants | CV 17 – 10 – M –DWM<br><br>ORDER |

Defendants move for the admission of Mark. L. Hanover to practice before this Court in this case with Peter F. Habein to act as local counsel. Mr. Hanover's application appears to be in order.

Accordingly, IT IS ORDERED that defendant's motion to admit Mark L. Hanover *pro hac vice* (Doc. 31) is GRANTED on the condition that Mr. Hanover shall do his own work. This means that Mr. Hanover must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hanover, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 20th day of September, 2017.

Donald W. Molloy, District Judge
United States District Court