IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| SETH KONECKY and JENNIFER KONECKY, husband and wife, FLATHEAD COUNTY DIST., INC., a Montana Corporation, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE FIRE & CAS. INS. CO., ALLSTATE INDEM. CO., ALLSTATE PROP. & CAS. INS. CO., and ALLSTATE INS. CO., <br><br> Defendants. | CV 17–10–M–DWM <br><br><br> ORDER |

On September 21, 2017, a preliminary pretrial conference was held in this matter, and a scheduling order issued setting October 12, 2017, as the deadline for amending pleadings. (Doc. 33.) On September 25, 2017, Plaintiffs filed an Amended Complaint. (Doc. 34.) Per discussion at the preliminary pretrial conference, and based on review of the amended pleading—which incorporates substantial changes—the Defendants' Motion to Dismiss, (Doc. 20), is no longer applicable. Fed. R. Civ. P. 15(a)(2). Accordingly,

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 20) is DENIED as MOOT.

IT IS FURTHER ORDERED that Defendants shall have twenty-one (21) days from the date of this order to file a responsive pleading or Answer to the Amended Complaint. Fed. R. Civ. P. 15(a)(3).

DATED this 26th day of September, 2017.

_____
Donald W. Molloy, District Judge
United States District Court