

FILED

JAN 03 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SETH KONECKY and JENNIFER KONECKY, husband and wife, FLATHEAD COUNTY DIST., INC., a Montana Corporation, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE & CAS. INS. CO., ALLSTATE INDEM. CO., ALLSTATE PROP. & CAS. INS. CO., and ALLSTATE INS. CO.,<br><br>　　　　　Defendants. | CV 17–10–M–DWM<br><br><br><br>ORDER |

The parties having jointly moved to extend the briefing schedule on the plaintiffs' motion to certify the class, (Doc. 41),

IT IS ORDERED that the joint motion (Doc. 45) is GRANTED. The

1

defendants shall file their response to the plaintiffs' class certification motion on or before January 26, 2018. The plaintiffs may then file a reply on or before February 9, 2018. *See* L.R. 7.1(d)(1)(C).

DATED this 3rd day of January, 2018.

Donald W. Molloy, District Judge
United States District Court