Judah M. Gersh
Brian M. Joos
VISCOMI, GERSH, SIMPSON & JOOS, PLLP
121 Wisconsin Avenue
Whitefish, MT 59937
(406) 862-7800
gersh@bigskyattorneys.com
joos@bigskyattorneys.com

Alan J. Lerner
LERNER LAW FIRM
P.O. Box 1158
Kalispell, MT 59903-1158
lerner@lernerlawmt.com

Allan M. McGarvey
McGARVEY, HEBERLING, SULLIVAN & LACEY, P.C.
345 1st Avenue E
Kalispell, MT 59901
amcgarvey@mcgarveylaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SETH KONECKY and JENNIFER KONECKY, husband and wife, FLATHEAD VALLEY DIST. INC., a Montana Corporation, individually, and on behalf all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALLSTATE FIRE & CAS. INS. CO., ALLSTATE INDEM. CO., ALLSTATE PROP. & CAS. INS. CO., ALLSTATE INS. CO., and ALLSTATE INS. CO.,<br>Defendants | Case No. CV-17-10-M-DWM<br><br><br>**UNOPPOED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

COME NOW Plaintiffs and class representatives Jennifer and Seth Konecky and present this unopposed motion for final resolution of this class action. Plaintiffs request that the Court:

(a) Grant final certification to the Settlement Class.

(b) Approve the Stipulation of Settlement and all terms of the settlement embodied therein as fair, reasonable and adequate and in the best interests of the Class;

(c) Rule that the form of the Notice as set forth in the Settlement Stipulation and implementation of the Notice plan as approved by this Court's September 18, 2018, Order of Preliminary Approval has been accomplished in a manner that is both reasonable and the best practical under the circumstances, that the Notice is reasonably calculated to apprise the Class Members of the pendency of this case, and of the right to object or opt out of the Settlement, and that this Notice constitutes due, adequate, and sufficient notice to all Persons entitled to receive Notice and the requirements of due process under the United States Constitution;

(d) Rule that any potential Class Member who has not submitted a timely written request for exclusion will be bound by all proceedings, orders, and judgments in the case.

(e) Assess against the class recovery, attorney fees, costs, litigation expenses, costs of adjustment and costs of administration and, approve the class

representative incentive fee of $5,000.00 for each for Seth and Jennifer Konecky; and

  (f) Execute the attached proposed Final Approval Order and Judgment resolving this action and dismissing it with prejudice.

Submitted concurrently herewith are (a) a proposed "FINAL APPROVAL ORDER AND JUDGMENT," agreed to by counsel for all parties attached as Exhibit 1, (b) an affidavit from JND Class Action Administration establishing the completion of the court-ordered class notice settlement procedures, and constituting the record of any class members' requests to be excluded ("opt—out") of the class settlement, and filed as a separate document, and (c) certification by Defendants that they do not invoke the Termination provision in Paragraphs 55 of the Settlement Stipulation, attached as Exhibit 2.

Defendants have been contacted, this motion is unopposed, and the proposed FINAL APPROVAL ORDER AND JUDGMENT has been approved by all parties.

This Motion is respectfully submitted this 1st day of February, 2019.

    By____/s/ Brian M. Joos_____

      Judah M. Gersh
      Brian M. Joos
      Viscomi, Gersh, Simpson & Joos, PLLP
      121 Wisconsin Ave.
      Whitefish, MT 59937

Allan M. McGarvey, Esq.
McGarvey, Heberling, Sullivan & Lacey, PC
345 1st Avenue East
Kalispell, MT  59901

Alan J. Lerner
Lerner Law Firm
P.O. Box 1158
Kalispell, MT 59903

*Attorneys for Plaintiffs*